# UNITED STATES BANKRUPTCY COURT

# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **TIMOTHY LORN ALBRO,** | ) | |
|     Debtor | ) | Case No. 14-12627 |
| | ) | (Chapter 13) |

## WITHDRAWAL OF PROOF OF CLAIM 16-1

Creditor Name and Address: <u>Randall Saner and Charles Saner.</u>

Date Claim #16 filed: March 23, 2017.

Total amount of Claim $<u>130,060.32.</u>

    I understand, am an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorized the Clerk of this Court, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: June 12, 2017

                                                   Respectfully Submitted,

                                                  */s/ Jerry L. Colclazier*
                                                  Jerry L. Colclazier, OBA# 13814
                                                  COLCLAZIER & ASSOCIATES
                                                  404 North Main Street
                                                  Seminole, OK 74868
                                                  Telephone: (405)382-1212
                                                  Facsimile: (405)382-1214
                                                  Jerry@colclazier.com

                                                  Counsel for the Saners

## CERTIFICATE OF ELECTRONIC TRANSMISSION

  I, Jerry L. Colclazier, hereby certifies that on June 14, 2017, a true and correct copy of the above Withdrawal of Proof of Claim 16-1 was electronically served using the CM/ECF system to Doug Gould, Chapter 7 Trustee, Pat Garrett, attorney for the debtor(s) and the Office of the United States Trustee.

                  */s/ Jerry L. Colclazier*
                  Jerry L. Colclazier