# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 14-12627 | JDL | Judge: | Janice D. Loyd | Trustee Name: | DOUGLAS N. GOULD, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | TIMOTHY LORN ALBRO | | | | Date Filed (f) or Converted (c): | 01/23/2017 (c) |
| | | | | | 341(a) Meeting Date: | 02/22/2017 |
| For Period Ending: | 03/31/2018 | | | | Claims Bar Date: | 06/05/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Cash | 50.00 | 0.00 | | 0.00 | FA |
| 2.  Checking Account | 427.00 | 0.00 | | 0.00 | FA |
| 3.  Security Deposit | 200.00 | 0.00 | | 0.00 | FA |
| 4.  Household Goods | 10,000.00 | 0.00 | | 0.00 | FA |
| 5.  Clothes | 1,000.00 | 0.00 | | 0.00 | FA |
| 6.  Wedding Ring | 400.00 | 0.00 | | 0.00 | FA |
| 7.  Watch | 300.00 | 0.00 | | 0.00 | FA |
| 8.  1999 Acura TL | 1,500.00 | 0.00 | | 0.00 | FA |
| 9.  2005 Infiniti G35 | 9,000.00 | 0.00 | | 0.00 | FA |
| 10. 2005 Yamaha AR230 | 10,000.00 | 0.00 | | 0.00 | FA |
| 11. Miscellaneous equipment and supplies | 500.00 | 0.00 | | 0.00 | FA |
| 12. Hand tools and small power tools | 1,800.00 | 0.00 | | 0.00 | FA |
| 13. Mineral royalties (u) | Unknown | 594.27 | | 594.27 | FA |
| 14. Mineral interest (u) | Unknown | 17,088.50 | | 17,088.50 | FA |
| Auction Lot # Bidder# MINERAL INTEREST LEGAL DESCRIPTIONS<br>107 42 1/24 IN UND. 1/60 INT. IN E/2 E/2 LYING EAST OF 100TH MERIDIAN, SEC. 12-9N-27W, BECKHAM COUNTY, OK<br>108 32 1/24  IN UND. 6/25 INT. IN NW/4 SE/4 NE/4 & E/2 SE/4 NE/4 SEC. 35-7S-11E, BRYAN CO., OK<br>109 38 1/24  IN UND. 1/120 INT. IN W/2 SW/4 NW/4 & SE/4 SW/4 NW/4 SEC. 19-1S-2W, CARTER CO., OK<br> 1/24 IN UND. 1/60 INT. IN S/2 NW/4 SW/4 & NW/4 SW/4 SW/4 SEC. 19-1S-2W, CARTER CO., OK<br>110 32 1/24 IN UND. 1/180 INT. IN S/2 NW/4 SW/4 & N/2 SW/4 SW/4 & SW/4 NE/4 SW/4 & NW/4 SE/4 SW/4 SEC. 28-1S-2W, CARTER CO., OK<br> 1/24 IN UND. 1/60 INT. IN NW/4 & N/2 N/2 SW/4 SEC. 28-1S-2W, CARTER CO., OK | | | | | |

111 32 1/24 IN UND. 1/60 INT. IN NW/4 NE/4 & NW/4 SW/4 NE/4 SEC. 29-1S-2W, CARTER CO., OK
  1/24 IN UND. 1/80 INT. IN NE/4 SW/4 NE/4 & S/2 SW/4 NE/4 & W/2 E/2 NE/4 & SE/4 SE/4 NE/4 SEC. 29-1S-2W, CARTER CO., OK
  1/24 IN UND. 1/120 INT. IN NW/4 SE/4 & E/2 SW/4 SE/4 SEC. 29-1S-2W, CARTER CO., OK
112 38 1/24 IN UND. 1/200 INT. IN W/2 SE/4 & W/2 E/2 SE/4 & SE/4 NE/4 SE/4 & NE/4 SE/4 SE/4, SEC. 30-1S-2W, CARTER CO., OK
113 38 1/24 IN UND. 1/1920 INT. IN SW/4 NE/4 SEC. 24-1S-3W, CARTER CO., OK
  1/24 IN UND. 7/3840 INT. IN SW/4 SEC. 24-1S-3W, CARTER CO., OK
114 38 1/24 IN UND. 2/225 INT. IN E/2 NW/4 & SE/4 SW/4 & NW/4 SE/4 & SE/4 SE/4, SEC. 29-1S-3W, CARTER CO., OK
115 1046 1/24 IN UND. 3/800 INT. IN NE/4 SEC. 33-1S-3W, CARTER CO., OK
116 32 N/2 SE/4 SEC. 34-2S-3W, CARTER COUNTY, OK
  N/2 SE/4 SEC. 34-2S-3W, CARTER COUNTY, OK
  S/2 SE/4 NW/4 SEC. 34-2S-3W, CARTER COUNTY, OK
117 38 1/24 IN UND. 1/80 INT. IN NE/4 SEC. 12-4S-1W, CARTER CO., OK
118 38 1/24 IN UND. 6/815 INT. IN NW/4 & W/2 SW/4 NE/4 & SE/4 SW/4 NE/4 & NW/4 SW/4 & N/2 SW/4 SW/4, LESS & EXCEPT RR ROW & E/2 SW/4 & W/2 SE/4  LYING NORTH OF RR ROW, IN   SEC. 20-4S-1E, CARTER COUNTY, OK
119 1039 SE/4 SEC. 18-4S-2W, CARTER COUNTY, OK
120 1046 1/24 IN UND. 3/250 INT. IN NW/4 SE/4 NW/4 & SE/4 SE/4 NW/4 & E/2 E/2 SW/4 & NE/4 NE/4 SE/4 & S/2 NE/4 SE/4 & N/2 SE/ SE/4 & W/2 SE/4 SEC. 19-4S-2W, CARTER CO., OK
121 41 1/24 IN UND. 7/250 INT. IN E/2 NE/4 SW/4 & W/2 NW/4 SE/4, SEC. 20-4S-2W, CARTER CO., OK
  1/24 IN UND. 22/125 INT. IN NE/4 SW/4 SW/4 SEC. 20-4S-2W, CARTER CO., OK
  1/24 IN UND. 21/280 INT. IN SW/4 NW/4; LESS 5.75 AC. OF NE/4 SW/4 NW/4, SEC. 20-4S-2W, CARTER CO., OK
  1/24 IN UND. 3/100 INT. IN NW/4 SW/4 SEC. 20-4S-2W, CARTER CO., OK
  1/24 IN UND. 22/125 INT. IN S/2 SW/4 SW/4 SEC. 20-4S-2W, CARTER CO., OK
  1/24 IN UND. 63/350 INT. IN W/2 SE/4 NW/4 & SE/4 SE/4 NW/4, SEC. 20-4S-2W, CARTER CO.
  1/24 IN UND. 3/25 INT. IN W/2 NE/4 SW/4 SEC. 20-4S-2W, CARTER CO., OK
122 1008 1/24 IN UND. 1/50 INT. IN SW/4 SW/4 & W/2 SE/4 SW/4 & SE/4 SE/4 SW/4, SEC. 28-4S-2W, CARTER CO., OK
123 41 N/2 NW/4 NW/4 & W/2 NW/4 NE/4 NW/4 SEC. 29-4S-2W, CARTER COUNTY, OK
124 41 1/24 IN UND. 1/50 INT. IN W/2 NE/4 NE/4 & NE/4 SE/4 NE/4, SEC. 32-4S-2W, CARTER CO., OK
125 38 1/24 IN UND. 1/50 INT. IN W/2 NW/4 NW/4, SEC. 33-4S-2W, CARTER CO., OK
126 41 1/24 IN UND. 1/80 INT. IN E/2 NW/4 & LOTS 1 & 2, SEC. 30-5S-1W, CARTER CO., OK
127 1008 1/24 IN UND. 3/100 INT. IN NE/4 NE/4 & N/2 SE/4 NE/4, SEC. 15-5S-1E, CARTER CO., OK
128 32 1/24 IN UND. 3/100 INT. IN W/2 NW/4 NW/4 & SW/4 NW/4 & NW/4 SW/4, SEC. 14-5S-1E,   CARTER CO., OK

129 38 1/24 IN UND. 1/40 INT. IN NE/4 SE/4 & E/2 NW/4 SE/4 & SW/4 SE/4 SEC. 14-7N-19E,   HASKELL CO., OK
130 38 1/24 IN UND. 1/40 INT. IN N/2 NE/4 & SE/4 NW/4, SEC. 15-7N-19E, HASKELL CO., OK
131 38 1/24 IN UND. 1/40 INT. IN S/2 SE/4 SW/4, SEC. 18-7N-19E, HASKELL CO., OK
132 38 1/24 IN UND. 1/40 INT. IN W/2 NW/4, SEC.. 24-7N-19E, HASKELL CO., OK
133 32 1/24 IN UND. 1/40 INT. IN S/2 NW/4 SE/4 & W/2 NE/4 SE/4 & NE/4 NE/4 SE/4 & NW/4 SE/4 SE/4, SEC. 12-7N-20E, HASKELL CO., OK
134 38 1/24 IN UND. 1/40 INT. IN NE/4 NW/4 & E/2 NW/4 NW/4 & S/2 SW/4 NW/4 NW/4& NE/4 SE/4 NW/4 & E/2 NW/4 SE/4 NW/4, SEC. 13-7N-20E, HASKELL CO., OK
135 38 1/24 IN UND. 1/40 INT. IN S/2 NW/4 SW/4 SEC. 14-7N-20E, HASKELL CO., OK
136 38 1/24 IN UND. 1/40 INT. IN SE/4 SE/4, SEC. 15-8N-18E, HASKELL CO., OK
137 38 1/24 IN UND 1/40 INT IN E/2 NW/4, SEC. 7-8N-19E, HASKELL CO., OK
138 32 1/24 IN SEC. 31-9N-22E, HASKELL CO., OK
139 38 1/24 IN UND. 6/25 INT. IN AN UNDIVIDED 13.2 ACRES LOTS 1,2,&3, SEC. 31-3S-4W, JEFFERSON CO., OK
140 38 1/24 IN UND. 4/525 INT. IN SE/4 SEC. 9-4S-4W, JEFFERSON CO., OK
 1/24 IN UND. 2/525 INT. IN E/2 NE/4 & E/2 W/2 NE/4, SEC. 9-4S-4W, JEFFERSON CO., OK
141 38 1/24 IN UND. 4/525 INT. IN SW/4 & SW/4 SE/4 SE/4, SEC. 10-4S-4W, JEFFERSON CO., OK
142 38 1/24 IN UND. 4/525 INT. IN NW/4 SEC. 15-4S-4W, JEFFERSON CO., OK
143 38 1/24 IN UND. 4/525 INT. IN E/2 NE/4 SEC. 16-4S-4W, JEFFERSON CO., OK
144 38 1/24 IN UND. 3/25 INT. IN SW/4 NE/4 & NW/4 SE/4 SEC. 20-5S-4W, JEFFERSON CO., OK
145 38 1/24 IN UND. 40/2483 INT IN SW/4 SW/4 SW/4, LESS METES & BOUNDS SEC. 23-1S-6E, JOHNSTON CO., OK
146 38 1/24 IN UND. 40/2483 INT IN NW/4 NW/4 SW/4 & W/2 NE/4 NW/4 SW/4 & S/2 NW/4 SW/4 & SW/4 SW/4 &E/2 SW/4 & W/2 NW/4 SE/4 & SW/4 SE/4 & E/2 NW/4 SE/4, LESS METES & BOUNDS, SEC. 222-1S-6E, JOHNSTON CO., OK
147 38 1/24 IN UND. 1/160 INT. IN S/2 SE/4, SEC. 7-6S-1W, LOVE CO., OK
148 1042 1/24 IN UND. 1/50 INT. IN S/2 NW/4 NW/4 & SW/4 NW/4 & NW/4 SW/4, SEC. 9-6S-1W, LOVE CO.
149 38 1/24 IN UND. 1/160 INT. IN W/2 NW/4 NW/4 & SW/4 NW/4 & W/2 SE/4 NW/4, SEC. 17-6S-1W,   LOVE CO., OK
 1/24 IN UND. 1/160 INT. IN NE/2 NE/4 & N/2 SW/4 NE/4 & SE/4 NE/4 & SE/4 SW/4 NE/4 & NE/4 NW/4 SE/4, SEC. 18-6S-1W, LOVE CO., OK
150 1046 1/24 IN UD. 1/195 INT. IN S/2 NW/4 & SW/4 NW/4 NW/4 & N/2 N/2 SW/4, SEC. 11-7S-2W, LOVE CO
151 1046 1/24 IN UND. 1/60 INT. IN S/2 SE/4 & S/2 N/2 SE/4 SEC 19-6S-2W, LOVE CO., OK
152 38 1/24 IN UND. 1/60 INT. IN NW/4 NW/4 (LOT 1), SEC. 30-6S-2W, LOVE CO., OK
153 32 1/24 IN UND. 1/60 INT. IN S/2 SW/4 & SW/4 SW/4 SE/4, SEC. 14-7S-2W, LOVE CO., OK

154 1046 1/24 IN UND. 1/240 INT IN SE/4 SE/4 & SE/4 NE/4 SE/4 & SE/4 SW/4 SE/4 SEC. 28-6S-3W, LOVE
155 38 1/24 IN UND 1/240 INT IN S/2 SW/4 SW/4 & NW/4 SW/4 SW/4, SEC. 27-6S-3W, LOVE CO., OK
156 1046 1/24 IN UND. 1/175 INT IN SW/4 SW/4 & SE/4 SE/4 SW/4, SEC. 4-7S-3W, LOVE CO., OK
157 1046 1/24 IN UND. 1/175 INT IN W/2 & NE/4 & W/2 SE/4 & N/2 NE/4 SE/4 & SW/4 NE/4 SE/4,    SEC. 9-7S-3W, LOVE CO., OK
158 38 1/24 IN UND. 1/175 INT IN S/2 NW/4 NW/4 & SW/4 NW/4, SEC. 10-7S-3W, LOVE CO., OK
159 1046 1/24 IN UND. 1/160 INT IN W/2 NE/4 & W/2 3/2 NE/4 & NW/4 SE/4, SEC. 23-6S-3E,    MARSHALL CO., OK
160 1046 1/24 IN UND. 3/1850 INT IN SW/4, LESS METES & BOUNDS TRACT, SEC. 6-6N-4E, POTTAWATOMIE CO., OK
161 1046 1/24 IN UND. 1/50 INT IN LOTS 1,2,3,4,5 & 6, BLK 67, TOWN OF ASHER, POTTAWATOMIE CO.
162 1046 1/24 IN UND. 1/120 INT. IN W/2 NE/4 & NW/4 SE/4 & N/2 NE/4 SW/4 & SE/4 NE/4 SW/4,    SEC. 14-1S-4W, STEPHENS CO., OK
  1/24 IN UND. 1/120 INT. IN N/2 NW/4 & N/2 S/2 NW/4 & SE/4 SW/4 NW/4 & S/2 SE/4 NW/2    SEC. 14-1S-4W, STEPHENS CO., OK
163 1046 1/24 IN UND. 1/120 INT. IN W/2 SW/4 & W/2 E/2 SW/4 & NE/4 NE/4 SW/4, SEC. 36-1S-4W, STEPHENS CO., OK
164 1046 1/24 IN UND. 1/30 INT. IN W/2 & W/2 SE/4 NE/4 & SW/4 NE/4 & SW/4 NW/4 NE/4, SEC. 11-1S-5W, STEPHENS CO., OK
165 32 1/24 IN UND. 1/30 INT. IN E/2 E/2 SEC. 10-1S-5W, STEPHENS CO., OK
  1/24 IN UND. 1/30 INT. IN S/2 NW/4 & NW/4 NW/4, SEC. 14-1S-5W, STEPHENS CO., OK
  1/24 IN UND. 1/120 INT. IN W/2 NW/4 SEC. 15-1S-5W, STEPHENS CO., OK
  1/24 IN UND. 1/60 INT. IN E/2 NW/4 & E/2 NE/4 SW/4, SEC. 15-1S-5W, STEPHENS CO., OK
  1/24 IN UND. 1/30 INT. IN NE/4 & NE/4 SE/4 SEC. 15-1S-5W, STEPHENS CO., OK
  1/24 IN UND 1/60 INT. IN NW/4 SE/4 & SE/4 SE/4 SEC. 15-1S-5W, STEPHENS CO., OK
166 38 1/24 IN UND. 1/30 INT. IN W/2 W/2 NW/4 & SE/4 SW/4 NW/4 SEC. 22-1S-5W, STEPHENS CO., OK
167 1046 1/24 IN UND. 1/30 INT. IN E/2 NW/4 & E/2 W/2 NW/4 SEC. 23-1S-5W, STEPHENS CO., OK
168 1013 1/24 IN UND. 7/1000 INT. IN SE/4 NE/4 & SE/4 SEC. 24-1S-6W, STEPHENS CO., OK
169 1046 1/24 IN UND. 3/100 INT. IN NE/4 SE/4 SEC. 1-3S-6W, STEPHENS CO., OK

| | | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | | $35,177.00 | $17,682.77 | $17,682.77 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) | |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 13, 2018 Prepare app and order to pay acct.
April 6, 2018 Received tax returns. mailed.
March 20, 2018 Trustee reviewing claims. Hire accountant.
February 23, 2018 Received mineral revenues.
January 16, 2018 Received mineral revenues.
January 3, 2018 Cut checks to pay Dakil and TR atty fees.
December 26, 2017 Received mineral revenues.
December 15, 2017 Received mineral revenues.
December 8, 2017 Received mineral revenues.
December 5, 2017 Prepare motion to pay auctioneer fees, report of sale and deeds. Trustee reviewing attorney fee time. Prepare atty fee motion.
November 30, 2017 Received auction funds.
November 20, 2017 Received mineral revenues.
October 26, 2017 Received mineral revenues.
September 19, 2017 Received mineral revenues.
August 30, 2017 Received mineral revenues.
July 27, 2017 Received mineral revenues.
July 21, 2017 Received mineral revenues.
June 23, 2017 Received mineral revenues.
June 12, 2017 Received mineral revenues.
April 5, 2017 Prepare apps and ords to hire atty and auctioneer.
February 27, 2017 Asset case for mineral interests.


Initial Projected Date of Final Report (TFR): 06/22/2018     Current Projected Date of Final Report (TFR): 06/22/2018

Trustee Signature:     /s/ DOUGLAS N. GOULD, TRUSTEE     Date: 04/13/2018

DOUGLAS N. GOULD, TRUSTEE
5500 N. Western Ave., Ste. 150
Oklahoma City, OK 73118
(405) 286-3338
dg@dgouldlaw.net

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| Case No: | 14-12627 | Trustee Name: | DOUGLAS N. GOULD, TRUSTEE |
| Case Name: | TIMOTHY LORN ALBRO | Bank Name: | First National Bank of Vinita |
| | | Account Number/CD#: | XXXXXX4135 |
| | | | Checking |
| Taxpayer ID No: | 82-6240888 | Blanket Bond (per case limit): | $8,946,000.00 |
| For Period Ending: | 03/31/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/14/17 | 13 | Chaparral Energy, LLC | Mineral revenues | 1223-000 | $44.12 | | $44.12 |
| 06/23/17 | 13 | C.P. Energy, L.L.C. | Mineral revenues | 1223-000 | $106.75 | | $150.87 |
| 07/21/17 | 13 | Chaparral Energy LLC | Mineral revenues | 1223-000 | $20.96 | | $171.83 |
| 07/27/17 | 13 | NGL Crude Logistics, LLC | Mineral revenues | 1223-000 | $116.61 | | $288.44 |
| 08/30/17 | 13 | Enterprise Crude Oil, LLC | Mineral revenues Oil and gas revenue | 1223-000 | $40.81 | | $329.25 |
| 09/19/17 | 13 | Chaparral Energy, LLC | Mineral revenues | 1223-000 | $32.89 | | $362.14 |
| 10/26/17 | 13 | Plains Marketing, LP | Oil and gas revenue | 1223-000 | $11.32 | | $373.46 |
| 11/20/17 | 13 | Chaparral Energry LLC | Royalty production. | 1223-000 | $34.59 | | $408.05 |
| 11/30/17 | 14 | Dakil Auctioneers, Inc. | Mineral Interest Auction Sale Proceeds | 1210-000 | $17,088.50 | | $17,496.55 |
| 12/08/17 | 13 | Mack Energy Co. Oil & Gas | Oil and gas revenue | 1223-000 | $1.88 | | $17,498.43 |
| 12/15/17 | 13 | Lambert Company LLC | Oil and gas royalty | 1223-000 | $0.41 | | $17,498.84 |
| 12/26/17 | 13 | CP Energy, LLC | Oil and Gas sales proceeds/Royalty | 1223-000 | $42.10 | | $17,540.94 |
| 01/03/18 | 101 | DAKIL AUCTIONEERS, INC. 200 N. W. 114th Street Oklahoma City, OK  73114 | Auctioneer Fees Per Order #110 | 3610-000 | | $1,553.50 | $15,987.44 |
| 01/03/18 | 102 | DAKIL AUCTIONEERS, INC. 200 N. W. 114th Street Oklahoma City, OK  73114 | Auctioneer Expenses Per Order #110 | 3620-000 | | $228.44 | $15,759.00 |
| 01/03/18 | 103 | DOUGLAS N. GOULD PLC 5500 N Western Ave., Ste 150 Oklahoma City, OK  73118 | ATTORNEY FEES Per Order #111 | 3110-000 | | $2,112.50 | $13,646.50 |
| 01/03/18 | 104 | DOUGLAS N. GOULD PLC 5500 N Western Ave., Ste 150 Oklahoma City, OK  73118 | ATTORNEY EXPENSES Per Order #111 | 3120-000 | | $30.08 | $13,616.42 |

Page Subtotals: $17,540.94    $3,924.52

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-12627  
Case Name: TIMOTHY LORN ALBRO  
Taxpayer ID No: 82-6240888  
For Period Ending: 03/31/2018  

Trustee Name: DOUGLAS N. GOULD, TRUSTEE  
Bank Name: First National Bank of Vinita  
Account Number/CD#: XXXXXX4135  
Checking  
Blanket Bond (per case limit): $8,946,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.59 | $13,597.83 |
| 01/16/18 | 13 | Chapparral Energy LLC | Oil and gas revenue | 1223-000 | $34.39 | | $13,632.22 |
| 02/23/18 | 13 | NGL Crude Logistics, LLC | Oil and gas revenue | 1223-000 | $107.44 | | $13,739.66 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $17,682.77 | $3,943.11 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $17,682.77 | $3,943.11 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $17,682.77 | $3,943.11 |

Page Subtotals: $141.83    $18.59

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4135 - Checking | $17,682.77 | $3,943.11 | $13,739.66 |
|  | $17,682.77 | $3,943.11 | $13,739.66 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $17,682.77 |
| Total Gross Receipts: | $17,682.77 |

Trustee Signature:    /s/ DOUGLAS N. GOULD, TRUSTEE    Date: 04/13/2018

DOUGLAS N. GOULD, TRUSTEE
5500 N. Western Ave., Ste. 150
Oklahoma City, OK 73118
(405) 286-3338
dg@dgouldlaw.net

Page Subtotals:    $0.00    $0.00